UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KEITH COLEMAN, *et al.*,

          Plaintiffs,

v.

CHASE BANK, *et al.*,

          Defendants.

Civil Action No. 3:14-CV-101

## ORDER

THIS MATTER is before the Court on a Motion to Dismiss (ECF No. 2) filed by Defendants JPMorgan Chase Bank, N.A., and Jamie Dimon (collectively, "Chase Bank"). [1] On January 15, 2014, *pro se* Plaintiffs filed a Complaint apparently alleging breach of contract, fraud, and trespass arising from Chase Bank's attempt to foreclose on Plaintiff's mortgaged property. For the reasons set forth in the accompanying Memorandum Opinion, the Motion to Dismiss is GRANTED. Plaintiffs' Complaint is hereby DISMISSED.

To the extent that Plaintiffs are entitled to appeal this Order, they must file a notice of appeal with the Clerk of this Court within thirty (30) days of the date of this Order, in accordance with Federal Rules of Appellate Procedure 3 and 4. If Plaintiffs fail to file a timely notice of appeal, they may lose their right to appeal.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this \_\_5th\_\_\_ day of June 2014.

---

[1] Defendants indicate that JPMorgan Chase Bank, N.A., is improperly named as "Chase Bank" in the Complaint. Dimon is named as the President and CEO of JPMorgan Chase Bank, N.A.